DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTOPHER GALLARDO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2620

[July 2, 2026]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Debra Moses Stephens, Judge; L.T. Case No. 502024CT008372AXXXNB.

Daniel Eisinger, Public Defender, and Benjamin Eisenberg, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Kimberly T. Acuña, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, FORST and SHAW, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***